UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Richard and Tobi Shingleton,　　　　　　　　　　Case No. 09-61466
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtors.　　　　　　　　　　　　　　　Honorable Marci B. McIvor
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

　　　　The attached check in the amount of $2.72 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Consultants In Dermatology, PLLC<br>20234 Farmington Road<br>Livonia, MI 48152 | 5 | $2.72 |

Date: October 11, 2011　　　　　　　　/s/ CHARLES J. TAUNT
　　　　　　　　　　　　　　　　　　CHARLES J. TAUNT, Trustee
　　　　　　　　　　　　　　　　　　700 East Maple Road
　　　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　(248) 647-1127